In the Matter of the Liquidation of YOKOHAMA SPECIE BANK, LTD. SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK et al., Appellants; EUGENE T. SINGER, Respondent.

Argued May 20, 1953; decided July 14, 1953.

*Edward Feldman* for Superintendent of Banks of the State of New York, appellant.

*Irwin A. Seibel, James D. Hill* and *George B. Searls, Attorneys, Department of Justice, Paul V. Myron, Deputy Director of Office of Alien Property,* and *Myles J. Lane* and *J. Edward Lumbard, United States Attorneys for the Southern District of New York,* for Attorney General of the United States, appellant.

*Albert R. Connelly, George S. Collins, George M. Billings* and *Maurice Rosenberg* for respondent.

Order affirmed, with one bill of costs to respondent Singer. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.